# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 3:24-CV-00128-MCR-HTC

Plaintiff:
**JENNIFER PITTS**

vs.

Defendant:
**BISHOP GOLD GROUP, LLC**

For:
Manuel Hiraldo
Hiraldo P.A.
401 E. Las Olas Blvd.
Ste 1400
Fort Lauderdale, FL 33301

Received by L & L Process, LLC. on the 25th day of March, 2024 at 5:42 pm to be served on **BISHOP GOLD GROUP, LLC REGISTERED AGENT: CALIFORNIA CORPORATE AGENTS, INC, 2108 N ST, STE C, SACRAMENTO, CA 95816**.

I, Krystalyn Souza, do hereby affirm that on the **26th day of March, 2024** at **2:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **JAIME STONE** as **AUTHORIZED/MAIL TEAM** for **BISHOP GOLD GROUP, LLC**, at the address of: **2108 N ST, STE C, SACRAMENTO, CA 95816**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 41+, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'6", Weight: 221, Hair: BLONDE, Glasses: -

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

_____
**Krystalyn Souza**
Process Server

**L & L Process, LLC.**
**13876 SW 56 Street**
**Suite 200**
**Miami, FL 33175**
**(305) 772-8804**

Our Job Serial Number: LLP-2024001231

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n